RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Tabien Elijah Burton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00119-DJA |
| Plaintiff, | ORDER TO CONTINUE BENCH TRIAL |
| v. | (Second Request) |
| TABIEN ELIJAH BURTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Tabien Elijah Burton, that the bench trial currently scheduled on August 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has been out of the jurisdiction.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1   This is the second request for a continuance of the bench trial.

2   DATED this 8th day of August, 2022.

3

4   RENE L. VALLADARES                          JASON M. FRIERSON
    Federal Public Defender                     United States Attorney
5

6
    By /s/ Navid Afshar                         By /s/ Angelica Marmorstein
7   NAVID AFSHAR                                ANGELICA MARMORSTEIN
    Assistant Federal Public Defender           Assistant United States Attorney
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TABIEN ELIJAH BURTON,<br><br>      Defendant. | Case No. 2:22-mj-00119-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, August 10, 2022 at 9:00 a.m., be vacated and continued to October 26, 2022, at 9:00 a.m., Courtroom 3A.

    DATED this 9th day of August, 2022.

                                                                            UNITED STATES MAGISTRATE JUDGE
                                                                               DANIEL J. ALBREGTS