RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
Nevada State Bar No. 14465
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Tabien Elijah Burton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TABIEN ELIJAH BURTON,<br><br>Defendant. | Case No. 2:22-mj-00119-DJA<br><br>ORDER TO CONTINUE BENCH TRIAL<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Tabien Elijah Burton, that the bench trial currently scheduled on March 8, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Counsel for the defendant and the government have been in negotiations to resolve this matter.

2. Counsel for the government has requested additional information that counsel for defendant has attempted to procure. He needs additional time to obtain this information which may obviate the need for a trial.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Counsel does not anticipate any further continuances.

This is the fifth request for a continuance of the bench trial.

DATED this 3rd day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Imani Dixon<br>IMANI DIXON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TABIEN ELIJAH BURTON,<br><br>        Defendant. | Case No. 2:22-mj-00119-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, March 8, 2023, at 9:00 a.m., be vacated and continued to April 12, 2023, at 9:00 a.m., Courtroom 3A.

DATED this 3rd day of March, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge