Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Tabien Elijah Burton

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Tabien Elijah Burton,<br><br>   Defendant. | Case No. 2:22-mj-00119-DJA<br><br>ORDER |

**Stipulation**

Mr. Burton was charged by complaint with four counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); (3) Interfering with Agency Functions (a violation of 36 C.F.R. § 2.32(a)(1)); and (4) Under the Influence of Alcohol (a violation of 36 C.F.R. § 2.35(c)). (ECF No. 1.)

Mr. Burton entered a plea agreement (ECF No. 32), pleaded guilty to Count One, and was sentenced as follows: "Defendant pleads guilty to count one and is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty

1  assessment; attend and complete lower court DUI course and victim impact panel;
2  continue with alcohol abuse treatment in lieu of 8 hours online alcohol course; and
3  restricted from Lake Mead National Recreational Area for six months. If the
4  defendant successfully comp[l]etes his conditions within the first six months of his
5  unsupervised probation, government counsel will move to amend count one to
6  Reckless Driving, see plea agreement." (ECF No. 31.) Counts Two, Three, and Four
7  were dismissed. (*Id.*)

8        Mr. Burton now has completed the special conditions of his unsupervised
9  probation. Accordingly, the parties jointly request that the Court allow Mr. Burton
10 to withdraw his guilty plea to Count One (Operating a Motor Vehicle Under the
11 Influence) and enter a plea of guilty to an Amended Count One: Reckless Driving.

12       Dated April 24, 2024.

Respectfully submitted,

| Rene L. Valladares | Jason Frierson |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| */s/ Rick Mula* | */s/ Randolph J. St. Clair* |
| Rick Mula | Randolph J. St. Clair |
| Assistant Federal Public Defender | Assistant United States Attorney |

**Proposed Order**

Based on the representations of counsel, the Court finds that Mr. Burton has completed the requirements of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Burton is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for April 26, 2024, at 11:30 AM is vacated and this case is closed.

DATED this 24th day of April, 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3